UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> NICHOLE CYR, </br></br> Defendant | Criminal No. 20-10303 </br></br> Violations: </br></br> Counts One and Two: </br> Sexual Exploitation of Children </br> (18 U.S.C. §§ 2251(a) and (e)) </br></br> Forfeiture Allegation: </br> (18 U.S.C. § 2253) |

## INDICTMENT

### COUNT ONE
Sexual Exploitation of Children
(18 U.S.C. §§ 2251(a) and (e))

The Grand Jury charges:

On various dates between in or about November 2019 and in or about July 2020, in the District of Massachusetts, the defendant,

NICHOLE CYR,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Minor A (YOB 2018)," to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using any means and facility of, and in and affecting, interstate and foreign commerce, and attempted to do so.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

1

## COUNT TWO
Sexual Exploitation of Children
(18 U.S.C. §§ 2251(a) and (e))

The Grand Jury further charges:

On various dates between in or about November 2019 and in or about July 2020, in the District of Massachusetts, the defendant,

NICHOLE CYR,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Minor B (YOB 2013)," to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using any means and facility of, and in and affecting, interstate and foreign commerce, and attempted to do so.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE ALLEGATION
(U.S.C. § 2253)

The Grand Jury further finds:

1. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 2251(a) and (e), set forth in Counts One and Two, the defendant,

NICHOLE CYR,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

   a. one blue Apple iPhone XR bearing serial number F2LXX0XLKXL6; and

   b. one black Apple iPhone 7 bearing serial number FCMTW1E0HG00.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant–

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

3

it is the intention of the United States of America, pursuant to Title 18, United States Code, Sections 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON


_____
ANNE PARUTI
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: November _____, 2020
Returned into the District Court by the Grand Jurors and filed.

                                         /s/ Thomas F. Quinn  11/24/20 @ 4:30pm
                                         DEPUTY CLERK