# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI

**City** New Bedford

**County** Bristol

**Related Case Information:**
- Superseding Ind./ Inf.:    Case No.:
- Same Defendant    New Defendant
- Magistrate Judge Case Number:
- Search Warrant Case Number:
- R 20/R 40 from District of:

## Defendant Information:

**Defendant Name:** Nichole Cyr    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**

**Address:** (City & State) Fall River, MA

**Birth date (Yr only):** 1995    **SSN (last4#):** 1159    **Sex:** F    **Race:** White    **Nationality:** USA

**Defense Counsel if known:**    **Address:**

**Bar Number:**

## U.S. Attorney Information:

**AUSA** Anne Paruti    **Bar Number if applicable** 670356

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

## Location Status:

**Arrest Date:** 07/23/2020

☐ Already in Federal Custody as of    in
☑ Already in State Custody at Bristol Sheriff's - Dartmouth    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by:    on

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/24/2020    **Signature of AUSA:** [signature]

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Nichole Cyr

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2251(a), (e) | Sexual exploitation of children | 1-2 |
| Set 2 | 18 U.S.C. § 2253 | Criminal forfeiture allegation | - |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**